UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SERENITY BARTON,**

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No: 5:15-cv-131-Oc-39PRL

**CHRIS BLAIR, ROBERT YOUMANS
and TIMOTHY RICHIE**

　　Defendants.

## ORDER

This matter is before the Court on Plaintiff's motion to compel the Marion County Sheriff's Office to take various actions designed to enable Plaintiff to effect service of process on Defendant, Robert Youmans, a former deputy. (Doc. 7). In response, Defendants have advised that Mr. Youmans has given permission for service of process to be accepted by his attorney, John M. Green, Jr., or a representative of his law office. (Doc. 8). Accordingly, Plaintiff's motion to compel (Doc. 7) is **DENIED** as moot.

**DONE** and **ORDERED** in Ocala, Florida on May 4, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties